KAREN P. HEWITT
United States Attorney
WILLIAM A. HALL, JR.
Assistant U.S. Attorney
California State Bar No. Pending
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7046

Attorneys for Plaintiff
United States of America

ORIGINAL

FILED
MAY 1 8 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>JOSE LOPEZ-PEREZ,<br><br>　　　　　　Defendant. | Criminal Case No. 07CR0983-LAB<br><br>MOTION AND PROPOSED ORDER TO DISMISS WITHOUT PREJUDICE |

<u>MOTION TO DISMISS</u>

　　COMES NOW the United States Attorney, Karen P. Hewitt, and Assistant U.S. Attorney, William A. Hall, Jr., and hereby moves to dismiss, without prejudice, the Indictment against the above-named defendant in the above-captioned case in the interest of justice.

DATED: May 18, 2007.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　KAREN P. HEWITT
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　/s/ William A. Hall, Jr.

　　　　　　　　　　　　　　　　　　WILLIAM A. HALL, JR.
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

## ORDER

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the Indictment in criminal case number 07CR0983-LAB, be dismissed, without prejudice, as to defendant Jose Lopez-Perez.

DATED: May 18, 2007

THE HON. DANA M. SABRAW
United States District Judge